IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES REUBEN FUNK, :
    Plaintiff, : 1:18-cv-1250
     :
v. : Hon. John E. Jones III
     :
THERESA DELBALSO, :
SUPERINTENDENT, MS. CAREY, :
UNIT MANAGER, B BLOCK, :
    Defendants. :

## **ORDER**

**January 14, 2019**

NOW THEREFORE, upon consideration of the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court orders.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this Order is DEEMED frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3).

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge